```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

| | | |
|---|---|---|
| JOHNNY RAY WALL, | § | |
| TDCJ-CID # 1271860, | § | |
| SPN # 01066112, | § | |
| SID # 04266688, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-1722 |
| | § | |
| Texas Department of | § | |
| Criminal Justice, | § | |
| | § | |
| Defendant. | § | |

## **MEMORANDUM OPINION AND ORDER GRANTING MOTION TO DISMISS**

The plaintiff has submitted a motion to dismiss under FED.R.CIV.P. 41(a). The courts have generally granted dismissal unless the defendants would suffer some plain legal prejudice other than the mere prospect of a second lawsuit. <u>Manshack v. Southwestern Elec. Power Co.</u>, 915 F.2d 172, 174 (5th Cir. 1990). No such prejudice has been shown in the instant case.

The motion to dismiss (Docket Entry 8) is **GRANTED**.

The officials administering plaintiff's trust fund account (TDCJ-CID # 1271860) are **ORDERED** to cease all withholding and payment of the filing fees in this action.

This action is **DISMISSED** pursuant to the plaintiff's voluntary motion.

The Clerk shall provide copies of this Memorandum Opinion and Order to the parties and to the TDCJ-ID Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, fax 936-437-4793.

**SIGNED** at Houston, Texas, on this ___4th___ day of November, 2005.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE